| AO-10<br>Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>FOR CALENDAR YEAR 2004 | Report Required by the Ethics<br>in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br>RONEY, PAUL H | 2. Court or Organization<br>U.S. Court of Appeals-11th Cir | 3. Date of Report<br>5/11/2005 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status;<br>magistrate judges indicate full- or part-time)<br>Senior U. S. Circuit Judge | 5. ReportType (check appropriate type)<br>◯ Nomination,  Date<br>◯ Initial  ● Annual  ◯ Final | 6. Reporting Period<br>1/1/2004<br>to<br>12/31/2004 |
| 7. Chambers or Office Address<br>200 Central Avenue<br>Suite 1220<br>St. Petersburg, FL 33701-3326 | 8. On the basis of the information contained in this Report and any<br>modifications pertaining thereto, it is, in my opinion, in compliance<br>with applicable laws and regulations.<br><br>Reviewing Officer_____  Date _____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only, see pp. 9-13 of filing instructions)

☑ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |

## II. AGREEMENTS. (Reporting individual only, see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

RECEIVED  May 17  12 49 PM '05  FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. Dollar amount not required except for honoraria.)

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☑ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☑ **NONE** - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. | | |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ **NONE** - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. New York Life Ins. Policies | Policy Loans | J |
| 2. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| RONEY, PAUL H | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div, rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| ☐ NONE  (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Adaptive Broadband Corp | A | Dividend | J | T | | | | | |
| 2. Agere Systems Inc | A | Dividend | J | T | partial sale | 01/09 | J | A | |
| 3. AGL Resources Inc | A | Dividend | J | T | | | | | |
| 4. Alliance Growth and Income | A | Dividend | J | T | | | | | |
| 5. Alliance Premier Growth Fund | A | Dividend | J | T | | | | | |
| 6. Allied Capital Corp New | A | Dividend | J | T | | | | | |
| 7. American Funds Growth | A | Dividend | J | T | | | | | |
| 8. Amer Fnds Euro Pacific Growth Fund | A | Dividend | J | T | | | | | |
| 9. Amsouth Bancorporation | A | Dividend | J | T | | | | | |
| 10. Analog Devices | A | Dividend | J | T | | | | | |
| 11. Applied Materials | A | Dividend | J | T | partial sale | 12/28 | J | A | |
| 12. A T & T Wireless Services | A | Dividend | | | Sell | 10/27 | J | A | |
| 13. Bank One Corp | A | Dividend | | | Merger | 07/01 | J | | |
| 14. Boeing Company | A | Dividend | J | T | | | | | |
| 15. Calamos Growth Fund | A | Dividend | J | T | | | | | |
| 16. FPL Group Inc. | A | Dividend | J | T | Buy | 12/28 | J | | |
| 17. Ford Motor Company | A | Dividend | J | T | | | | | |
| 18. General Electric | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:
(See Columns B1 and D4)
A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$6,000,000   H2 = More than $5,000,000

2. Value Codes:
(See Columns C1 and D3)
J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000

3. Value Method Codes:
(See Column C2)
Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
U = Book Value   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RONEY, PAUL H | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS  — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| | A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|---|
| 19. | Genesis Microchip | A | Dividend | J | T | | | | | |
| 20. | Home Depot | A | Dividend | J | T | | | | | |
| 21. | Ingles Market Inc. Class A | A | Dividend | J | T | Buy | 11/16 | | | |
| 22. | Intl Business Mach | A | Dividend | J | T | | | | | |
| 23. | Jabil Circuit | A | Dividend | J | T | | | | | |
| 24. | Johnson & Johnson | A | Dividend | J | T | | | | | |
| 25. | J P Morgan Chase & Co. | A | Dividend | J | T | Merger | 07/01 | J | | |
| 26. | LIR MNY MKT Fund | A | Dividend | | | Buy/sell | Vary | J | A | |
| 27. | Lucent Technologies, Inc. | A | Dividend | J | T | partial sale | 12/28 | J | A | |
| 28. | Mercantile Bank Account | A | Interest | K | T | | | | | |
| 29. | New York Life Policies | A | Dividend | J | T | | | | | |
| 30. | North Carolina Vacant Property Parcel 1, Macon Count , NC | | None | L | R | | | | | |
| 31. | North Carolina Vacant Property Parcel 2, Macon ount , NC | | None | L | R | | | | | |
| 32. | North Carolina Vacant Property Parcel 3, Macon County, NC | | None | K | R | | | | | |
| 33. | Northern Trust Bank Account | A | Interest | K | T | | | | | |
| 34. | Pepsico Inc. | A | Dividend | J | T | | | | | |
| 35. | Pimco Total Return Fund Class C | A | Dividend | J | T | | | | | |
| 36. | PTEK Holdings | A | Dividend | J | T | | | | | |

1. Income/Gain Codes:    A = $1,000 or less    B = $1,001-$2,500    C = $2,501-$5,000    D = $5,001-$15,000    E = $15,001-$50,000
(See Columns B1 and D4)    F = $50,001-$100,000    G = $100,001-$1,000,000    H1 = $1,000,001-$5,000,000    H2 = More than $5,000,000
2. Value Codes:    J = $15,000 or less    K = $15,001-$50,000    L = $50,001-$100,000    M = $100,001-$250,000
(See Columns C1 and D3)    N = $250,000-$500,000    O = $500,001-$1,000,000    P1 = $1,000,001-$5,000,000    P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000    P4 = $More than $50,000,000
3. Value Method Codes    Q = Appraisal    R = Cost (Real Estate Only)    S = Assessment    T = Cash/Market
(See Column C2)    U = Book Value    V = Other    W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| RONEY, PAUL H | 5/11/2005 |

## VII. INVESTMENTS and TRUSTS
– income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | If not exempt from disclosure (2) Date: Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 37. Raytheon | A | Dividend | J | T | | | | | |
| 38. RMA Government Portfolio | A | Dividend | | | transferred | 02/09 | K | A | |
| 39. SBC Communications | A | Dividend | J | T | | | | | |
| 40. SL Industries | A | Dividend | J | T | | | | | |
| 41. Sun Microsystems | A | Dividend | J | T | partial sale | 12/28 | J | A | |
| 42. Thornburg Value Fund | A | Dividend | J | T | | | | | |
| 43. UBS PW RET Money Fund | A | Interest | J | T | | | | | |
| 44. US Treasury Bond 10.375%   10/15/09 | A | Interest | | | Redemption | 11/15 | J | A | |
| 45. Verizon Communications | A | Dividend | J | T | | | | | |
| 46. Vodaphone Group PLC Spon ADR | A | Dividend | J | T | | | | | |
| 47. Wells Fargo Reserve Money Fund | A | Dividend | J | T | Buy/Sell | Vary | J | A | |
| 48. WF Government Money Market Fund CL A | A | Dividend | K | T | Buy/Sell | Vary | J | A | |

1. Income/Gain Codes: (See Columns B1 and D4)
A = $1,000 or less
B = $1,001-$2,500
C = $2,501-$5,000
D = $5,001-$15,000
E = $15,001-$50,000
F = $50,001-$100,000
G = $100,001-$1,000,000
H1 = $1,000,001-$5,000,000

2. Value Codes: (See Columns C1 and D3)
J = $15,000 or less
K = $15,001-$50,000
L = $50,001-$100,000
M = $100,001-$250,000
N = $250,000-$500,000
O = $500,001-$1,000,000
P1 = $1,000,001-$5,000,000
P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000
P4 = More than $50,000,000

3. Value Method Codes: (See Column C2)
Q = Appraisal
R = Cost (Real Estate Only)
S = Assessment
T = Cash/Market
U = Book Value
V = Other
W = Estimated

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

Part VII Item 12 Bank One Corp merger with Item 26 J P Morgan Chase & Co.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date ___5/11/2005___

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544